# IN THE SUPREME COURT OF THE STATE OF NEVADA

MAURICE MANUEL SIMS,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE DOUGLAS W.
HERNDON, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 72171

FILED

MAR 15 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING PETITION

This petition for a writ of mandamus or prohibition challenges a district court order denying a defense motion to disclose the contents of unrecorded proffers made by codefendants who have signed guilty plea agreements and will presumably provide testimony during the State's case-in-chief. Having considered the petition and appendix, and without deciding upon the merits of any claims raised therein, we conclude that petitioner fails to demonstrate that extraordinary relief is warranted. *See* NRS 34.160; NRS 34.170; NRS 34.320; NRS 34.330; *Pan v. Eighth Judicial Dist. Court,* 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioners carry the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

17-08763

cc: Hon. Douglas W. Herndon, District Judge
Patti, Sgro & Roger
The Law Offices of Ivette Amelburu Maningo
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk